

Anthony Campana, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Frank BROWN v. STATE.

No. 17760.

Court of Criminal Appeals of Texas.

Nov. 13, 1935.

Rehearing Denied Dec. 18, 1935.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the theft of an automobile; punishment assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts and bills of exception. No error having been perceived or pointed out, the judgment is affirmed.

On Motion for Rehearing

LATTIMORE, Judge.

Appellant files a motion for rehearing in which he sets up that he had employed an attorney, and had paid said attorney a reasonable fee to represent him in the appeal of this case, and that a part of said attorney's duties was to have prepared and filed a statement of facts. No affidavits are filed. We regret that we can not give ap-

## W. M. (Pie) BAILEY v. STATE.

No. 17982.

Court of Criminal Appeals of Texas.

Dec. 4, 1935.

Jesse Owens, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to rape is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Weldon BURKLEO v. STATE.

No. 18216.

Court of Criminal Appeals of Texas.

Dec. 18, 1935.